1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    ERIN SNIDER, CA Bar #304781
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA 93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     AUSTIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00069-ADA-1 |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR FILING OPENING BRIEF; ORDER** |
| vs. | |
| AUSTIN WRIGHT, | |
| Defendant. | |

       IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Austin Wright, that the Court may extend the deadline for filing the defense's opening brief to June 8, 2023.

       Pursuant to the previously established briefing schedule, the defense's opening brief is due May 25, 2023. Defense counsel requires additional time to conduct research and draft her brief. Counsel for the government has no objection to a two-week extension of the deadline to June 8, 2023.

///

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 24, 2023   */s/ Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 24, 2023   */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
AUSTIN WRIGHT

**O R D E R**

**IT IS SO ORDERED.** The defense's opening brief shall be filed on or before June 8, 2023.

IT IS SO ORDERED.

Dated:  May 26, 2023   _____
UNITED STATES DISTRICT JUDGE