HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN WRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AUSTIN WRIGHT,<br><br>　　　　　Defendant. | Case No. 1:23-cr-00069-ADA-1<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING OPENING BRIEF; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Austin Wright, that the Court may extend the deadline for filing the defense's opening brief to June 22, 2023.

　　　　Pursuant to the previously established briefing schedule, the defense's opening brief was originally due May 25, 2023. This Court later extended the deadline to June 8, 2023, upon stipulation of the parties. The defense now seeks an additional extension of the deadline. The parties are currently working toward a potential resolution that would result in dismissal of this appeal. The government has no objection to this request for an extension of time.

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: June 8, 2023 | */s/ Chan Hee Chu*<br>CHAN HEE CHU<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 8, 2023 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>AUSTIN WRIGHT |

## **O R D E R**

**IT IS SO ORDERED.** The defense's opening brief shall be filed on or before June 22, 2023.

IT IS SO ORDERED.

Dated:   June 8, 2023                              _____
                                                   UNITED STATES DISTRICT JUDGE